1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DEAREL GIBSON,

11            Plaintiff,                    No. CIV S-09-2388 DAD P

12        vs.

13    R.K. WONG, et al.,

14            Defendants.              ORDER

15    _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17    42 U.S.C. § 1983.

18            On September 4, 2009, the court ordered plaintiff to complete and return to the

19    court, within thirty days, one completed summons, five USM-285 forms, and six copies of his

20    complaint filed August 26, 2009.  On September 16, 2009, plaintiff submitted the five USM-285

21    forms, but he failed to file the summons and six copies of his complaint.

22            Accordingly, IT IS HEREBY ORDERED that:

23            1.  The Clerk of the Court is directed send plaintiff a blank summons and a copy

24    of his August 26, 2009 complaint; and

25    /////

26    /////

                                    1

2.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court at the same time:

        a.  The completed, signed Notice of Submission of Documents;

        b.  One completed summons; and

        c.  Six copies of the complaint filed August 26, 2009.

Failure to do so will result in a recommendation that this action be dismissed without prejudice. See Fed. R. Civ. P. 4(m) and 41(b).

DATED: September 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
gibs2388.8f

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEAREL GIBSON,

11             Plaintiff,                  No. CIV S-09-2388 DAD P

12        vs.

13   R.K. WONG, et al.,                    NOTICE OF SUBMISSION

14             Defendants.                 OF DOCUMENTS

15   _____/

16             Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18             _____ one completed summons form; and

19             _____ six true and exact copies of the complaint filed August 26, 2009.

20   DATED: _____.

21

22                                         _____

23                                         Plaintiff

24

25

26