IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAREL GIBSON,

       Plaintiff,                    No. CIV S-09-2388 DAD P

    vs.

R.K. WONG, et al.,

       Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2010, plaintiff requested that defendants Haviland and Sisto be dismissed from this action. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 17, 2010 motion to voluntarily dismiss defendants Haviland and Sisto (Doc. No. 23) is granted; and

        2. This case shall proceed against defendants Wong, Peck, and Fox.

DATED: May 27, 2010.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:sj
gibs2388.59

1