IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAREL GIBSON,

    Plaintiff,                    No. CIV S-09-2388 GEB DAD P

    vs.

R.K. WONG, et al.,

    Defendants.                ORDER

_____/

        On September 17, 2010, defendants filed request to conduct plaintiff's deposition via video-conference. Good cause appearing, IT IS HEREBY ORDERED that defendants' request for video-conferencing (Doc. No. 34) is granted.[1]

DATED: September 21, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
gibs2388.mot.video

---

[1] Nothing in this order shall be interpreted as requiring the institution in which plaintiff is housed to accommodate counsel in the event that video-conferencing equipment it is not already available at the institution.