IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAREL GIBSON,

    Plaintiff,                      No. CIV S-09-2388 GEB DAD P

    vs.

R. K. WONG, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On December 1, 2010, plaintiff filed a request for a "deposition subpoena form." He indicates his intent to complete and file the form together with a request for the Clerk of the Court to serve a copy on defendants. It is not clear why plaintiff needs this form. Moreover, discovery closed in this action on November 19, 2010. See Order filed July 29, 2010.

        For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's December 1, 2010 request (Doc. 38) is denied.

DATED: December 3, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
gibs2388.mot.sub2

1